**Appeal Dismissed and Memorandum Opinion filed October 2, 2018.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-18-00221-CV

**CHARLIE ESPARZA, Appellant**

**V.**

**HENRI OLIVIER, Appellee**

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. CV-0080621**

## M E M O R A N D U M   O P I N I O N

The reporter's record has not been filed. On July 26, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that he had paid or made arrangements to pay for the record. Such proof was due by August 10, 2018. Appellant did not file such proof or other response.

On August 16, 2018, we ordered appellant to file a brief in this appeal by September 17, 2018. We cautioned that we would dismiss the appeal for want of

prosecution if no brief was filed. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeal is DISMISSED.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell